IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　No. 07-20042 B

WILLIE DAVIS,

    Defendant.

_____

ORDER GRANTING REQUEST TO EXTEND PERIOD FOR
COMPLETION OF MENTAL EVALUATION OF DEFENDANT
_____

On March 1, 2007, this Court granted the petition of counsel for the Defendant, Willie Davis, for an examination pursuant to 18 U.S.C. § 4241 as to his competence to stand trial and ordered that he be transferred to the nearest medical facility for purposes of conducting the examination. On March 20, 2007, Lisa Bellah, Ph.D., licensed psychologist at the Federal Correctional Institution in Fort Worth, Texas, submitted to the Court a letter request for additional time in which to complete the evaluation. For good cause shown, the request is GRANTED. Therefore, pursuant to the representation of the movant, the Defendant's examination completion date is extended to April 13, 2007, with the report due to the Court no later than April 27, 2007.

    IT IS SO ORDERED this 29th day of March, 2007.

                                                    s/ J. DANIEL BREEN
                                                  UNITED STATES DISTRICT JUDGE